455 A.2d 190

Commonwealth v. Lane, Appellant.

Submitted June 3, 1982. Ellen M. Donsky, for appellant; Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

The order is affirmed.